UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

U.S. DIAMOND & GOLD D/B/A
STAFFORD'S JEWELERS, et al.,

    Plaintiffs,

-v-

THE JULIUS KLEIN DIAMONDS LLC, et al.,

    Defendants.

Case No. C-3-06-371

Judge Thomas M. Rose

**SCHEDULING ORDER AND ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE (Doc. #133) AND DEFENDANT'S MOTION TO BIFURCATE (Doc. #123)**

Pursuant to a telephone conference conducted by the Court on August 5, 2008, the Final Pretrial Conference in this matter is reset to 9:30 a.m. on August 21, 2008. Attorneys who will be trying the case must be present in chambers for this conference.

Also, pursuant to the telephone conference, responses to the pending motions in limine are due not later than August 11, 2008. Replies are due not later than August 15, 2008.

Finally, pursuant to the telephone conference, the pending motions to bifurcate are granted. The Defendant has moved to bifurcate the trial of the claims in this action into two stages: a determination of liability and compensatory damages and a determination of liability for punitive damages and the amount of punitive damages. (Doc. #123.) Likewise, the Plaintiffs have moved to bifurcate the trial of the counterclaim in this action into the same two stages. (Doc. #133.) Neither party opposes the other party's motion regarding bifurcation and Ohio law provides for this bifurcation.

Should either the Plaintiffs or the Defendant obtain a determination of liability and

compensatory damages against the other Party in the first stage of the trial, following a delay of no longer than 72 hours, the trial of liability for punitive damages will proceed before the same jury. Evidence that relates solely to the issue of whether a party is entitled to recover punitive or exemplary damages may not be presented during the first stage of the trial.

**DONE** and **ORDERED** in Dayton, Ohio, this Fifth day of August, 2008.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record